JVB 9014 (Rev. 9/16)

1  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

RECEIVED AND FILED
2017 SEP 25 PM 12 03
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

MAG

In re *Cyrea A. Monroe*

BK- *17-14010-mkn*
Chapter *13*

~~NOTICE OF HEARING ON~~ Motion To Reinstate *11/9/17* and Extend

Hearing Date: *11/9/17*
Hearing Time: *2:30pm*

Debtor(s)

MOTION FOR *Reinstate* was filed on *9/25/17* by *Cyrea A. Monroe*. The Motion seeks the following relief: *I am asking to have the court extend the Automatic Stay and Reinstate my case. I now have the ability to file all required documents.* Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the District of Nevada on November 9, 2017, at the hour of 2:30 p.m.

DATED: 9/25/17

_____
Attorney/Debtor

- 2 -